IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

WAYNE COX and
KATHY COX,

        Plaintiffs,

v.        CIVIL ACTION NO.   5:17-cv-01982

BRANCH BANKING AND
TRUST COMPANY,

        Defendant.

### ORDER OF DISMISSAL

In accordance with the *Final Approval Order* (Document 49) approving the settlement in the above-styled matter, the Court **ORDERS** that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court.  The Court further **ORDERS** that any motions pending at the time of this dismissal are hereby **TERMINATED AS MOOT**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:       February 22, 2019

        */s/ Irene C. Berger*
        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA